The State of Ohio, Appellee, *v.* Dingus, Appellant.

[Cite as State v. Dingus (1971), 26 Ohio St. 2d 141.)

(No. 70-253—Decided May 19, 1971.)

*Mr. James M. Drennen,* prosecuting attorney, for appellee.

*Mr. Charles L. Huddleston, Jr.,* for appellant.

*Per Curiam.* The judgment of the Court of Appeals is affirmed for the reasons stated in the opinion of that court by Judge Stephenson. (26 Ohio App. 2d 131.)

*Judgment affirmed.*

O'Neill, C. J., Schneider, Herbert, Duncan, Corrigan, Stern and Leach, JJ., concur.